IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DIRECTV, INC., )
)
        Plaintiff, )
)
    v. ) 1:03CV00859
)
JOHN BISHOP AND )
JOFFREY W. SMITH, JR., )
)
        Defendants. )

### DEFAULT JUDGMENT

On November 16, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that plaintiff Directv, Inc.'s motion for default judgment against defendant Joffrey W. Smith, Jr. (docket no. 25) is granted, and default judgment against defendant Joffrey W. Smith, Jr. is hereby entered in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $165.00, and attorney fees in the sum of $805.46, amounting in all to the sum of $10,970.46, plus post-judgment interest on the total amount of this judgment at the legal rate of 4.36 percent per annum, computed daily and compounded annually, from entry of this judgment until paid.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant Joffrey W. Smith, Jr. is permanently enjoined from committing or assisting in

the commission of any violation of the Cable Communications Policy Act, 47 U.S.C. § 605 or 18 U.S.C. §S 2511 and 2520.

/s/ William L. Osteen
United States District Judge

January 24, 2006